**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13–41524–can7**

## UNITED STATES BANKRUPTCY COURT
### *WESTERN DISTRICT of MISSOURI*

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/26/13 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. *Creditors−Do not file this notice in connection with any proof of claim you submit to the court.*

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Jonathan D Hoke<br>615 Cimarron Trail<br>Belton, MO 64012 | Amber Nicole Hamilton<br>615 Cimarron Trail<br>Belton, MO 64012 |
| Case Number:<br>13−41524−can7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0826<br>xxx−xx−7142 |
| Attorney for Debtor(s) (name and address):<br>John D. Kilgore<br>9229 Ward Parkway<br>Suite 260<br>Kansas City, MO 64114<br>Telephone number: 816−941−8973 | Bankruptcy Trustee (name and address):<br>Janice E. Stanton<br>104 W. 9th Street − Suite 303<br>Kansas City, MO 64105<br>Telephone number: 816−421−7770 |

### Meeting of Creditors

Date: **June 4, 2013**            Time: **08:00 AM**

Location: **Room 2110B, 400 East 9th Street, Kansas City, MO 64106**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/5/13**

### Deadline to Object to Exemptions:
30 days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Bankruptcy Clerk's Office:** www.mow.uscourts.gov<br><br>400 E. 9th Street, Room 1510<br>Kansas City, MO 64106<br>Telephone Number: 816−512−1800<br>VCIS Number toll free: 866−222−8029 | **For the Court:**<br>Court Executive:<br>Ann Thompson |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 4/29/13 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 14 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
Pursuant to 11 USC § 727 (a)(12), creditors and parties in interest seeking to delay or postpone debtor(s)' discharge on grounds that 11 USC § 522 (q)(1) may be applicable to debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC § 522 (q)(1)(A) or may be liable for a debt as described in 11 USC § 522 (q)(1)(B) must file a motion to delay or postpone such discharge prior to the last day to object to the discharge, as set out above. If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access.
**To obtain a claim form go to:** http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current/B_010.pdf

**EXPLANATIONS** FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                            United States Bankruptcy Court
                             Western District of Missouri
In re:                                                                  Case No. 13-41524-can
Jonathan D Hoke                                                         Chapter 7
Amber Nicole Hamilton
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0866-4          User: parlec                 Page 1 of 4                  Date Rcvd: Apr 29, 2013
                              Form ID: b9a                 Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2013.
db/jdb        +Jonathan D Hoke,    Amber Nicole Hamilton,    615 Cimarron Trail,    Belton, MO 64012-3221
14777558      +31-W Insulation,    ATTN: Jenna Gootz,    7434 Cycle Lane,    Goodlettsville, TN 37072-9359
14777559       ACS,   PO Box 7051,    Utica, NY 13504-7051
14777560      +ACS/JP Morgan Chase,    501 Bleecker St,    Utica, NY 13501-2401
14777561       Acuity-A Mutual Insurance Co,    PO Box 55156,    Boston, MA 02205-5156
14777563      +BAC Home Loans Serv LP,    450 American St,    Simi Valley, CA 93065-6285
14777565       Bank of America,    PO Box 982235,    El Paso, TX 79998-2235
14777566       Belton Family Practice Clinic,    3 Maryland Farms,    Ste 250,    Brentwood, TN 37027-5053
14777567       Belton Regiional Medical Ctr,    PO Box 740760,    Cincinnati, OH 45274-0760
14777568       Belton Regional Medical Center,    PO Box 13620,    Richmond, VA 23225-8620
14777569    ++++CAC FINANCIAL CORP,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK 73112-7236
              (address filed with court: CAC Financial Corp,     2601 NW Expwy,    Suite 1000 East,
                Oklahoma City, OK 73112)
14777570      +Cap1/Helzberg Diamond,    PO Box 5253,    Carol Stream, IL 60197-5253
14777571       Capital One/Helzberg Diamond,    PO Box 30253,    Salt Lake City, UT 84130-0253
14777574      +Chase,    PO Box 24696,    Columbus, OH 43224-0696
14777576      +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
14777577      +Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4975
14777578      +Convergent Outsourcing,    500 SW 7th Street,    Building A 100,    Renton, WA 98057-2983
14777583      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,     2230 E Imperial Highway,    El Segundo, CA 90245)
14777580       Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283
14777588      +First Bankcard Center-Omaha,    PO Box 3412,    Omaha, NE 68103-0412
14777590       First National Bank-Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14777593       Great Lakes,    PO Box 3059,    Milwaukee, WI 53201-3059
14777598      +Kansas City Power & Light,    PO Box 419330,    Kansas City, MO 64141-6330
14777599      +Kansas Counselors, Inc,    8725 Rosehill Rd S,    Lenexa, KS 66215-4610
14777600       Kansas Dept of Labor,    benefit Payment Control Unit,    401 SW Topeka Blvd,
                Topeka, KS 66603-3182
14777601       Kansas Dept of Unemployment,    PO Box 3539,    Topeka, KS 66601-3539
14777602      +Ken Krauss,    PO Box 32604,    Kansas City, MO 64171-5604
14777603      +Keycorp Student Loan,    2410 International,    PO Box 7859,    Madison, WI 53707-7859
14777606       Laurel R Kupka,    Payne & Jones, Chartered,    11000 King, PO Box 25625,
                Overland Park, KS 66225-5625
14777609       MGE,    3420 Broadway,    Kansas City, MO 64110
14777608      +Metro Emergency Physicians,    c/o Kansas Counselors,    PO Box 14765,    Lenexa, KS 66285-4765
14777612       Missouri Gas Energy,    PO Box 219255,    Kansas City, MO 64121-9255
14777614      +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
14777615      +Oxford Collection Services,    135 Maxess Road,    Ste 2A,    Melville, NY 11747-3801
14777616      +Psychiatry Assoc of KC,    8900 State Line Road,    Suite 380,    Leawood, KS 66206-1936
14777617      +ROI Services,    PO Box 39,    Zebulon, NC 27597-0039
14777618      +RSH & Associates,    PO Box 14515,    Lenexa, KS 66285-4515
14777620      +SLS,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
14777625      +St Joseph Medical Center,    1000 Carondelet Drive,    Kansas City, MO 64114-4865
14777629      +US Attorney,    400 East 9th Street,    5th Floor,    Kansas City, MO 64106-2607
14777628      +Unique National Collection,    119 E Maple Street,    Jeffersonville, IN 47130-3439
14777630      +Vanessa Hoke,    801 Cimarron Trail,    Belton, MO 64012-3235
14777632      +Wells Fargo,    PO Box 84712,    Sioux Falls, SD 57118-4712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: johndkilgore@yahoo.com Apr 29 2013 22:13:30     John D. Kilgore,    9229 Ward Parkway,
                Suite 260,    Kansas City, MO 64114
tr            +EDI: BJESTANTON.COM Apr 29 2013 22:13:00      Janice E. Stanton,    104 W. 9th Street - Suite 303,
                Kansas City, MO 64105-1718
smg            E-mail/Text: ecfnotices@dor.mo.gov Apr 29 2013 22:14:08     Missouri Department of Revenue,
                General Counsel's Office,    PO Box 475,    Jefferson City, MO 65105-0475
14777564       EDI: BANKAMER.COM Apr 29 2013 22:13:00      Bank of America,    PO Box 29966,
                Phoenix, AZ 85038-0966
14777572       E-mail/Text: bklaw2@centurylink.com Apr 29 2013 22:14:31     Century Link,    Attn: Billing,
                PO Box 4300,    Carol Stream, IL 60197-4300
14777573      +E-mail/Text: bklaw2@centurylink.com Apr 29 2013 22:14:31     Century Link (formerly Embarq),
                Attn: Customer Service,    100 Century Link Drive,    Monroe, LA 71203-2041
14777575      +EDI: CAUT.COM Apr 29 2013 22:13:00      Chase Auto Finance,    PO Box 901076,
                Fort Worth, TX 76101-2076
14777577      +EDI: CONVERGENT.COM Apr 29 2013 22:13:00      Convergent Outsourcing,    800 SW 39th St,
                Renton, WA 98057-4975
14777578      +EDI: CONVERGENT.COM Apr 29 2013 22:13:00      Convergent Outsourcing,    500 SW 7th Street,
                Building A 100,    Renton, WA 98057-2983
14777579      +EDI: CCS.COM Apr 29 2013 22:13:00      Credit Collection Services,    Two Wells Ave,
                Newton Center, MA 02459-3246
14777583       EDI: DIRECTV.COM Apr 29 2013 22:13:00      Direct TV,    2230 E Imperial Highway,
                El Segundo, CA 90245
```

```
District/off: 0866-4          User: parlec             Page 2 of 4            Date Rcvd: Apr 29, 2013
                              Form ID: b9a             Total Noticed: 80

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14777585       EDI: DISCOVER.COM Apr 29 2013 22:13:00     DISCOVER FINANCIAL SERVICES,    PO BOX 3025,
                NEW ALBANY, OH 43054-3025
14777584       EDI: DISCOVER.COM Apr 29 2013 22:13:00     Discover Card,    PO Box 30943,
                Salt Lake City, UT 84130
14777581      +E-mail/Text: electronicbkydocs@nelnet.net Apr 29 2013 22:14:30      Dept of Ed/ Nelnet,
                3015 Parker Rd,    Suite 400,   Aurora, CO 80014-2904
14777582       E-mail/Text: electronicbkydocs@nelnet.net Apr 29 2013 22:14:30      Dept of Ed/Nelnet,
                121 S 13th St,   Lincoln, NE 68508-1904
14777586      +EDI: ESSL.COM Apr 29 2013 22:13:00     Dish Network,    9601 S Meridian Blvd,
                Englewood, CO 80112-5905
14777587      +E-mail/Text: bknotice@erccollections.com Apr 29 2013 22:14:30      Enhanced Recovery Company,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
14777589       E-mail/Text: toddsadwin@westbayconsumer.com Apr 29 2013 22:14:24      First Lien Term Lenders,
                c/o West Bay Acquisitions LLC,    PO Box 8009,   Cranston, RI 02920-0009
14777591      +EDI: RMSC.COM Apr 29 2013 22:13:00     GE Money Bank (Lowe's),    Attn: Bankruptcy Dept,
                PO Box 103104,   Roswell, GA 30076-9104
14777592       EDI: RMSC.COM Apr 29 2013 22:13:00     GECRB/Lowes,    PO Box 965005,   Orlando, FL 32896-5005
14777594       E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 29 2013 22:14:19      Greentree Customer Service,
                PO Box 6172,   Rapid City, SD 57709-6172
14777595      +E-mail/PDF: email@mbsllc.net Apr 29 2013 22:16:26     Health Care Associates,    PO Box 838,
                Mission, KS 66201-0838
14777596       EDI: RMSC.COM Apr 29 2013 22:13:00     Home Depot,    PO Box 103047,   Roswell, GA 30076
14777597       EDI: CITICORP.COM Apr 29 2013 22:13:00     Home Depot/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
14777604       EDI: CBSKOHLS.COM Apr 29 2013 22:13:00     Kohl's,    PO Box 3043,   Milwaukee, WI 53201-3043
14777605      +EDI: CBSKOHLS.COM Apr 29 2013 22:13:00     Kohls Department Store,    PO Box 3115,
                Milwaukee, WI 53201-3115
14777607      +EDI: LTDFINANCIAL.COM Apr 29 2013 22:13:00     LTD Financial Services,    7322 Southwest Freeway,
                Suite 1600,   Houston, TX 77074-2134
14777610      +EDI: MID8.COM Apr 29 2013 22:13:00     Midland Funding,    8875 Aero Drive,   Suite 200,
                San Diego, CA 92123-2255
14777611       E-mail/Text: ecfnotices@dor.mo.gov Apr 29 2013 22:14:08     Missouri Department of Revenue,
                Bankruptcy Unit,    PO Box 475,   Jefferson City, MO 65105-0475
14777613       E-mail/Text: demand@nfm.com Apr 29 2013 22:14:25     Nebraska Furniture Mart,    PO Box 3000,
                Omaha, NE 68103-3030
14777562       EDI: AGFINANCE.COM Apr 29 2013 22:13:00     American General Finance,   6220 Raytown Trafficway,
                Kansas City, MO 64133-3847
14777621       EDI: AGFINANCE.COM Apr 29 2013 22:13:00     Springleaf,    PO Box 16676,
                Kansas City, MO 64133-0776
14777623       EDI: AGFINANCE.COM Apr 29 2013 22:13:00     Springleaf Financial Services,
                6220 Raytown Trafficway,    Kansas City, MO 64133-3847
14777622       EDI: AGFINANCE.COM Apr 29 2013 22:13:00     Springleaf Financial Services,    PO Box 790368,
                Saint Louis, MO 63179-0368
14777619       EDI: SALMAESERVICING.COM Apr 29 2013 22:13:00     Sallie Mae,   PO Box 9500,
                Wilkes Barre, PA 18773-9500
14777624      +EDI: NEXTEL.COM Apr 29 2013 22:13:00     Sprint Customer Service,    PO Box 8077,
                London, KY 40742-8077
14777627      +EDI: AISTMBL.COM Apr 29 2013 22:13:00     T-Mobile Bankruptcy Team,    PO Box 53410,
                Bellevue, WA 98015-3410
14777626       E-mail/Text: k.woodworth@tiburonllc.com Apr 29 2013 22:14:01      Tiburon Financial LLC,
                PO Box 770,   Boys Town, NE 68010-0770
14777631      +EDI: AFNIVZWIRE.COM Apr 29 2013 22:13:00     Verizon Wireless,    Bankruptcy Administration,
                PO 3397,   Bloomington, IL 61702-3397
14777633       EDI: WFFC.COM Apr 29 2013 22:13:00     Wells Fargo Educational Financial Servic,    PO Box 5156,
                Sioux Falls, SD 57117-5156
                                                                                              TOTAL: 40

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0866-4         User: parlec              Page 3 of 4              Date Rcvd: Apr 29, 2013
                             Form ID: b9a              Total Noticed: 80

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0866-4          User: parlec              Page 4 of 4              Date Rcvd: Apr 29, 2013
                              Form ID: b9a              Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2013 at the address(es) listed below:
         Janice E. Stanton    janice.stanton@sbcglobal.net,   julie.marcus303@sbcglobal.net;mo13@ecfcbis.com
         John D. Kilgore    on behalf of Joint Debtor Amber Nicole Hamilton johndkilgore@yahoo.com
         John D. Kilgore    on behalf of Debtor Jonathan D Hoke johndkilgore@yahoo.com
                                                                                        TOTAL: 3